# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0365. CORRIE JOHNSON v. NORDSTROM, INC.

Corrie Johnson has filed the instant application for discretionary appeal. Upon consideration of said application, it is ordered that it be hereby DENIED.

Nordstrom, Inc. has requested this Court to impose a penalty upon Johnson pursuant to this Court's Rule 7 (e) (2). Upon consideration of said request, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*